**FILED**

May 13, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:    LAD
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

## 6:25-CR-00134(1)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) DEREK RYAN KILPATRICK<br><br>Defendant | **I N D I C T M E N T**<br><br>[COUNT ONE: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)C)} -- Conspiracy to Possess With Intent to Distribute Methamphetamine, a Schedule II Controlled Substance] |

THE GRAND JURY CHARGES:

Beginning in or about September, 2024, the exact date unknown to the Grand Jury, and continuing until on or about April 16, 2025, in the Western District of Texas and elsewhere, Defendant,

**DEREK RYAN KILPATRICK,**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and others, to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess with intent to distribute Methamphetamine, a Schedule II Controlled Substance, in the quantities set forth below, contrary to Title 21, United States Code, Section 841(a)(1).

### QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing Methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

**Indictment**

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| DEREK RYAN KILPATRICK (#1) | | 21 U.S.C. § 841(b)(1)(C) |

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL



FOREPERSON


MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: _____
CHRISTOPHER M. BLANTON
Assistant United States Attorney