**FILED**
May 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:       LAD
                Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | | |
| | * | | |
| V. | * | NO. | 6:25-CR-00134(1) |
| | * | | |
| DEREK RYAN KILPATRICK | * | | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the United States of America and respectfully represents that the above case is set for court proceedings on the __3rd__ day of __June__, 2025; that the Defendant is incarcerated and is now in the custody of the Sheriff, Hill County, Texas.

WHEREFORE, the Government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Sheriff, Hill County, Texas, commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Waco, Texas, on the __3rd__ day of __June__, 2025, for the purpose of said proceedings, and any further proceedings to be had in this cause.

Respectfully submitted,

MARGARET F. LEACHMAN
Acting United States Attorney

/s/ *Christopher M. Blanton*

By:   CHRISTOPHER M. BLANTON
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX   76701