**FILED**
May 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      LAD
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | NO. 6:25-CR-00134(1) |
| | * | |
| DEREK RYAN KILPATRICK | * | |

<u>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Came on the application of the United States of America, representing that this cause is set for hearing in Waco, Texas, on the __4th__ day of __June__, 2025; that the Defendant is now incarcerated, and in the custody of the Sheriff, Hill County, Texas; that justice demands Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said Defendant; and the Court, being of the opinion that the application should be granted; it is, therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Sheriff, Hill County, Texas, directing that said Defendant be delivered into the custody of the United States Marshal, and directing the Marshal to bring the Defendant before this Court in Waco, Texas, on the __4th__ day of __June__, 2025, at __11:00__ __A__.M., for the purpose of said hearing, and any further proceedings to be had in this cause and at the conclusion of said proceedings to return said Defendant to the custody of the Sheriff, Hill County, Texas.

SIGNED and ENTERED at Waco, Texas, on this 13th day of May, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE