UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS | * | CRIMINAL NO. |
| | * | |
| DEREK RYAN KILPATRICK | * | **6:25-cr-00134** |
| | * | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Sheriff, Hill County, Texas

GREETINGS:

    You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of DEREK RYAN KILPATRICK, a prisoner in your custody, for appearance in the Federal Court located at 800 Franklin Avenue in Waco, Texas on the 4th day of June, 2025 at 11:00 A.M., and there to remain in the custody of the Marshal, or his duly authorized representative, during said hearing, and any further proceedings to be had in this cause, and at the conclusion of said proceedings, to return DEREK RYAN KILPATRICK to the custody of the Sheriff, Hill County, Texas.

    This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.

    HEREIN, FAIL NOT, but make due return of this Writ.

    WITNESS the Honorable Derek T. Gilliland, U. S. Magistrate Judge, Western District of Texas, Waco Division, and the Seal of this Court hereto affixed this 13th day of May, 2025.

PHILIP J. DEVLIN, Clerk

*L Diaz*

by: Leigh Anne Diaz
Deputy Clerk